```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
IKB DEUTSCHE INDUSTRIEBANK AG,           :
                                         :     14-cv-3443 (JSR)
        Plaintiff,                       :
                                         :           ORDER
        -v-                              :
                                         :
McGRAW HILL FINANCIAL, INC. (f/k/a       :
THE McGRAW-HILL COMPANIES, INC.          :
(d/b/a STANDARD & POOR'S RATINGS         :
SERVICES)) and STANDARD & POOR'S         :
FINANCIAL SERVICES LLC,                  :
                                         :
        Defendants.                      :
----------------------------------------x
```

9/2/14

JED S. RAKOFF, U.S.D.J.

Plaintiff IKB Deutsche Industriebank AG ("IKB") brings this suit against defendants Standard & Poor's Ratings Services ("S&P") and Standard & Poor's Financial Services LLC ("S&P LLC") for common law fraud, negligent misrepresentation, and civil conspiracy in connection with the rating of the Rhinebridge structured investment vehicle.

Pending before the Court are S&P's motion, in which S&P LLC joins, to dismiss the Amended Complaint as barred by the statute of limitations and for failure to state a claim upon which relief may be granted, and S&P LLC's separate motion to dismiss for failure to state a claim. Upon consideration, the Court finds that IKB's claims against both defendants are time barred and, accordingly, grants the motion to dismiss on that ground. A memorandum setting forth the reasons for this ruling will issue in due course, at which time final judgment will be entered.

1

The Clerk of the Court is directed to close document number 34 on the docket of this case.

SO ORDERED.

Dated:  New York, NY
        August 25, 2014

                                                JED S. RAKOFF, U.S.D.J.

2